**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
Nashville Division

Puttshack Ltd.

Case No. 3:26-cv-913

v.
501 Entertainment, Ltd.

Judge Waverly D. Crenshaw, Jr.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court

Middle District of Tennessee, Bradley F. Rademaker hereby moves for admission to appear

*pro hac vice* in the above-captioned action as counsel for Plaintiff, Puttshack LTD.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following

is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: Northern District of Illinois

Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

None.

3. I have not been found in contempt by any court or tribunal, except as provided below:

None.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

None.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

None.

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

None.

7.      I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Michael A. Johnson (#30210) - Johnson Evans & Headrick, P.C.
222 2nd Ave. South, Suite1250, Nashville, TN 37201
T: (615) 747-7704
email: mjohnson@je.legal

8.      I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.      By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

Bradley F. Rademaker

/s/_____ Signature

Name: Bradley Floyd Rademaker

State where admitted and State Bar Number: Illinois #6208189

Business Address: 225 West Randolph St., Suite 2800, Chicago IL 60606

Local Address [if different from above]:

Phone: 312-269-8000 (Direct: 312-269-8037)

Email: brademaker@nge.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served along with the Summons and Complaint.

s/ Michael A. Johnson